JDJ/kc
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
TRINA MUFFALETTO,

               Plaintiff,

  -against-

ADA P. SABOL and CHRISTOPH J. SABOL,

              Defendants.
------------------------------------X

**DEFENDANTS'
RULE 56.1 STATEMENT**

Docket No.:
1:2015-cv-05967

Please take notice that defendants Christopher Sabol and Ada Sabol by their attorneys Downing & Peck, P.C. hereby submit the following statement pursuant to Local Rule Rule 56.1:

1. On May 16, 2014, Trina Muffaletto resided at 262 Wilson Avenue, Staten Island, New York 10308.

2. On May 16, 2014 Christopher J. Sabol resided at 6 Kings Court, Marlboro, New Jersey 07746.

3. The plaintiff Trina Muffaletto was operating a 2004 Toyota with New York license plate AFC3199 on May 16, 2014 on Hylan Boulevard in Staten Island, New York at approximately 8:05 p.m.

4. On May 16, 2014 Christopher Sabol was operating a 2007 Mazda with New Jersey license plate VLS806 at the aforesaid time and place with the knowledge and consent of its owner Ada P. Sabol.

5. There was contact between the vehicle operated by Christopher Sabol and the vehicle operated by Trina Muffaletto on May 16, 2014.

6. There was no damage to the Sabol vehicle as a result of the contact.

7. A bus cut off the Muffaletto vehicle prior to the contact between the Muffaletto vehicle and the Sabol vehicle.

8. Plaintiff had no bleeding or bruising as a result of the contact.

9. Plaintiff had no fractures or scarring as a result of the contact.

Dated: New York, NY
       October 4, 2016

                                              Yours, etc.,

                                              JOHN M. DOWNING JR.
                                              DOWNING & PECK, P.C.
                                              *Attorneys for Defendants*
                                              ADA P. SABOL and
                                              CHRISTOPH J. SABOL
                                              17 Battery Place - Suite 709
                                              New York, New York 10004
                                              212-514-9190

cc: Jaclyn E. Howe, Esq.
    JONATHAN D'AGOSTINO & ASSOCIATES
    *Attorneys for Plaintiff*
    TRINA MUFFALETTO
    3309 Richmond Avenue
    Staten Island, New York 10312
    718-967-1600