UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TRINA MUFFALETTO,

       Plaintiff,

-against-

ADA P. SABOL and CHRISTOPH J. SABOL,

       Defendant.
----------------------------------------------------------------X

**NOTICE OF MOTION**

**Docket No.: 2015-cv-05967**

**Judge Pamela K. Chen**

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Jaclyn E. Howe, Esq., duly affirmed on November 29, 2016, together with the exhibits annexed thereto, and upon all the pleadings and proceedings heretofore had herein, Plaintiff will move this Court Honorable Justice Pamela K. Chen, U.S.D.J., in Room 4F located at United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 on **January 23, 2017** at 9:30 A.M., or as soon thereafter as counsel can be heard for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to the Plaintiff with respect to the issue of negligence and for such other and further relief as to this Court seems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that answering affidavits, if any, are to be served upon the undersigned by January 9, 2017 as per the Order of this Honorable Court dated October 31, 2016.

DATED:    Staten Island, New York
              December 2, 2016

                                Yours, etc.,

                                Jaclyn E. Howe, Esq. - JH 2290
                                Jonathan D'Agostino & Associates, PC.,
                                Attorneys for Plaintiff
                                3309 Richmond Avenue
                                Staten Island, New York 10312
                                (718) 967-1600
                                Our File No. Q16419-N141605

TO:    DOWNING & PECK, P.C.
         Attorneys for Defendants
         17 Battery Place – Suite 709
         New York, NY 10004